FILED
CLERKS OFFICE

2003 DEC -3 A 10: 55

U.S. DISTRICT COURT
DISTRICT OF MASS

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BMG MUSIC, a New York general )
partnership; VIRGIN RECORDS AMERICA, ) CIVIL ACTION No.
INC., a California corporation; WARNER )
BROS. RECORDS INC., a Delaware )
corporation; UMG RECORDINGS, INC., a )
Delaware corporation; and SONY MUSIC )
ENTERTAINMENT INC., a Delaware )
corporation, )
 )
         Plaintiffs, )
 )
v. )
 )
SHAWN O'NEIL, PEGGY O'NEIL, )
 )
         Defendants. )

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.3, Plaintiffs identify their parent corporations and any publicly held company that owns 10% or more of any Plaintiff's stock.

Plaintiff BMG MUSIC is a unit of Bertelsmann, Inc. and Bertelsmann AG, neither of which are publicly traded.

Plaintiff VIRGIN RECORDS AMERICA, INC's parent is EMI Group PLC, which is publicly traded in the U.K.

Plaintiff WARNER BROS. RECORDS INC.'s parent corporations are Warner Communications Inc.; Time Warner Companies Inc.; and, Time Warner Inc., which is publicly traded in the United States.

1

Plaintiff UMG RECORDINGS, INC.'s parent corporation is Vivendi Universal, S.A., which is publicly traded in the United States.

Plaintiff SONY MUSIC ENTERTAINMENT INC.'s parent company is Sony Corporation of America, which is publicly traded in the United States.

DATED: 12/02/03

BMG MUSIC; VIRGIN RECORDS AMERICA, INC.; WARNER BROS. RECORDS INC.; UMG RECORDINGS, INC.; and SONY MUSIC ENTERTAINMENT INC.

By their attorneys,

By: _____
Colin J. Zick (BBO No. 556538)
Gabriel M. Helmer (BBO No. 652640)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210-2600
Phone: (617) 832-1000
Fax:   (617) 832-7000

Of Counsel:
Yvette Molinaro
MITCHELL SILBERBERG & KNUPP LLP
11377 W. Olympic Blvd.
Los Angeles, CA 90064-1683
Phone: (310) 312-2000
Fax:   (310) 312-3100