AO 440 Summons in a Civil Action

# United States District Court
### DISTRICT OF MASSACHUSETTS

SUMMONS IN A CIVIL CASE

2003 DEC -9 PM 2:25

BMG MUSIC, a New York general partnership;
VIRGIN RECORDS AMERICA, INC., a California
corporation; WARNER BROS. RECORDS INC., a
Delaware corporation; UMG RECORDINGS, INC., a
Delaware corporation; and SONY MUSIC
ENTERTAINMENT INC., a Delaware corporation,

CASE NUMBER:

U.S. DISTRICT COURT
DISTRICT OF MASS.

V.

SHAWN O'NEIL, PEGGY O'NEIL

**03 12430 NG**

TO:
SHAWN O'NEIL
23 Kenberma St.
Hull, MA 02045

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFFS' ATTORNEY

COLIN J. ZICK
GABRIEL M. HELMER
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210-2600
PHONE: (617) 832-1000
FAX:    (617) 832-7000

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

(BY) DEPUTY CLERK

DATE  12-7-03

CC352

UNITED STATES DISTRICT COURT
District of Massachusetts
Case No. 03-CV-12430 NG

BMG Music, et al.,

    Plaintiffs,

-v-                                             RETURN OF SERVICE

Shawn O'Neil,

    Defendant.

I hereby certify and return that on December 4, 2003, at 7:30 PM, I served a true and attested copy of the within Summons together with a copy of the Complaint, Civil Action Cover Sheet, Corporate Disclosure, Local Category Sheet and Cover Letter to Defendant in this action upon the within named Shawn O'Neil, by leaving said copies with Peggy O'Neil, adult member of the family / household at 23 Kenberma Street, Hull, MA 02045, his last and usual place of abode.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on December 5, 2003.

_____
Stephen B. Minkofsky, Constable
& Disinterested Person over Age 18.


Service: $50.00


**Butler and Witten**
Boston, MA
(617) 325-6455