UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **CAPITAL RECORDS, INC., et al.** )<br>　　Plaintiffs,                            )<br>                                              )<br>　　v.                                        )<br>                                              )<br>**NOOR ALAUJAN, et al.**              )<br>　　Defendants.                         ) | C.A. No.<br>03-cv-11661<br>LEAD DOCKET NUMBER |
| BMG MUSIC, a New York general partnership; )<br>VIRGIN RECORDS AMERICA, INC., a California )<br>corporation; WARNER BROS. RECORDS INC., a )<br>Delaware corporation; UMG RECORDINGS, INC.,)<br>a Delaware corporation; and SONY MUSIC    )<br>ENTERTAINMENT INC., a Delaware corporation,)<br>　　Plaintiffs,                             )<br>                                               )<br>　　v.                                         )<br>                                               )<br>SHAWN O'NEIL, PEGGY O'NEIL,             )<br>　　Defendants.                         ) | C.A. No.<br>03-cv-12430-NG |

ORDER OF CONSOLIDATION
December 12, 2003

　　The above case (C.A. No. 03-12430) is **ORDERED** consolidated under the **lead case, docket number 03-11661-NG**, pursuant to Fed. R. Civ. P. 42.  The cases involve common parties and common factual and legal issues because the suits are based on the same conduct -- allegedly obtaining or distributing copyrighted music over the Internet.

**All future pleadings and submissions shall be filed only under the lead case number 2003-11661-NG, and lead caption.** Filings submitted with other case numbers or captions will not be accepted.

**SO ORDERED.**

**Dated: December 12, 2003**                    <u>**s/NANCY GERTNER, U.S.D.J.**</u>